## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, PATRICK COLLINS, INC., AND THIRD DEGREE FILMS<br><br>      Plaintiffs,<br><br>v.<br><br>VERIZON ONLINE, LLC,<br><br>      Defendant. | **Case No. 6:12-mc-0017**<br><br>Actions Pending in:<br>**Eastern District of Pennsylvania**<br>Case No.: 5:12-cv-03959-JS<br>Case No.: 2:12-cv-05386-CDJ<br>Case No.: 2:12-cv-05385-WY<br>**Middle District of Florida**<br>Case No.: 2:12-cv-00402-UA-SPC<br>Case No.: 2:12-cv-00521-JES-SPC<br>Case No.: 8:12-cv-01668-JDW-TBM<br>Case No.: 2:12-cv-267-UA-AEP<br>Case No.: 2:12-cv-00425-UA-DNF<br>Case No.: 2:12-cv-00444-UA-DNF<br>Case No.: 8:12-cv-01418-SCB-EAJ<br>Case No.: 8:12-cv-01419-EAK-TGW<br>Case No.: 32:8:12-cv-01666-JSM-EAJ<br>Case No.: 31: 8:12-cv-01667-JDW-MAP<br>Case No.: 8:12-cv-01665-VMC-TGW<br>Case No.: 8:12-cv-01764-VMC-TGW<br>Case No.: 8:12-cv-01767-JSM-MAP<br>Case No.: 8:12-cv-01822-JDW-MAP<br>Case No.: 2:12-cv-00444-UA-DNF<br>Case No.: 8:12-cv-01823-JSM-AEP<br>Case No.: 2:12-cv-00522-UA-DNF<br>**Central District of New Jersey**<br>Case No.: 2:12-cv-03906-SRC-CLW<br>Case No.: 2:12-cv-03907-ES-CLW<br>Case No.: 3:12-cv-04695-JAP-DEA<br>Case No.: 2:12-cv-05171-SDW-MCA<br>Case No.: 2:12-cv-05815-FSH-PS<br>Case No.: 3:12-cv-03898-MAS-LHG<br>Case No.: 2:12-cv-03905-SRC-CLW<br>Case No.: 3:12-cv-03900-AET-LHG<br>Case No.: 3:12-cv-05102-JAP-TJB |

## ORDER

The Court has considered the motion of Plaintiffs, Malibu Media, LLC, Patrick Collins, Inc., and Third Degree Films, that the Court permit Counsel for Plaintiff to proceed in this case without local counsel who has offices within fifty miles of the San Angelo Federal Courthouse.

IT IS ORDERED that leave is granted for Michael Keith Lipscomb to proceed in this matter *pro hac vice* with Hao Ni as local counsel as an exception to the requirement contained in Local Rule 83.10 that local counsel be located within fifty miles of the divisional courthouse.

Dated: February 12, 2013

Sam R. Cummings, United States District Judge