IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, PATRICK COLLINS, INC. AND THIRD DEGREE FILMS,<br><br>　　Plaintiffs<br><br>VS.<br><br>VERIZON ONLINE, LLC,<br><br>　　Defendant | Civil Action No. 6:12-MC-17 |

**ORDER RE JOINT MOTION TO WITHDRAW AND DISMISS "PLAINTIFFS' MOTION TO ENFORCE SUBPOENA AND FOR CONTEMPT" AND VERIZON'S "MOTION FOR LEAVE TO CONDUCT DISCOVERY"**

Plaintiffs Malibu Media, LLC, Patrick Collins, Inc., and Third Degree Films and Verizon Online, LLC, having filed a joint motion and good cause appearing therefore, it is HEREBY ORDERED that all pending motions in this matter, having been withdrawn, are dismissed without prejudice.

The hearing on Plaintiffs' Motion to Enforce Subpoenas and For Contempt and Verizon's Motion for Leave to Conduct Discovery, currently set for Tuesday, February 19, 2013 at 1:15 p.m., is vacated and taken off calendar.

The Clerk is directed to close this miscellaneous case.

**IT IS SO ORDERED.**

Dated February 15, 2013.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE